| Paycheck Distributions: 1 | Payroll Number: B461 | Reissue: No |
|---|---|---|
| Employee Department: 118 | Employee Unit: WD35 | Pay Location: |
| Pay Period End Date: 09-18-2018 | Total Gross Amt: 1,974.08 | Federal Exemptions: 3 |
| Check Date: 09-28-2018 | YTD Gross Amt: 39,481.60 | Tax Status Claimed: S |
| Primary Check Number: 000000008732430 | Total Deductions Amt: 1,197.57 | State Exemptions: 2 |
| Control Number: 6528855 | Net Pay Amt: 776.51 | State Tax Status Claimed: H |

## LEAVE STATEMENT

| CATEGORY | USED | ACCRUED | BALANCE |
|---|---|---|---|
| COMP LEAVE | 00:00 | 00:00 | 00:00 |
| HOL LEAVE | 00:00 | 00:00 | 00:00 |
| SICK LEAVE | 00:00 | 3:42 | 70:28 |
| VAC LV | 00:00 | 5:33 | 184:42 |

## CHECK SUMMARY

| | |
|---|---|
| EARNINGS | $1,974.08 |
| DEDUCTIONS | $1,197.57 |
| NET PAY | $776.51 |
| PAY PERIOD END DATE | 09-18-2018 |
| CHECK NO. | 8732430 |
| CHECK YTD GROSS AMOUNT | $39,481.60 |

| EMPLOYEE NAME: TAMMY W PURIFOY | | | DEPT/UNIT: 118 WD35 | EMPLYOEE ID | 0000024683 |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS/AMOUNT | EARNINGS | DESCRIPTION | TAXES/DED | YEAR TO DATE |
| REGULAR PAY | 80:00 | 1,974.08 | FEDERAL TAX | 104.01 | 2,207.88 |
| | | | STATE TAX | 65.17 | 1,340.18 |
| | | | FICA TAX | 106.04 | 2,153.48 |
| | | | MEDICARE TAX | 24.8 | 503.64 |
| | | | 401A DC PLAN | 118.44 | 2,368.80 |
| | | | DC TI CRF REG | 42.84 | 771.12 |
| | | | DENTAL INS | 4.22 | 75.96 |
| | | | HEALTH INS | 99.82 | 1,796.76 |
| | | | WELL CREDIT | 0 | -60.00 |
| | | | LIFE INS BAS | 0.78 | 14.04 |
| | | | LIFE DEP | 0.54 | 9.72 |
| | | | LIFE INS SUP | 3.75 | 67.50 |
| | | | VISION INS | 3.05 | 54.90 |
| | | | COL PRE-TAX | 51.74 | 931.32 |
| | | | MED FX COL | 104.17 | 1,875.06 |
| | | | C UNION ATL | 350 | 6,300.00 |
| | | | FEE-COL FLEX | 1.13 | 20.34 |
| | | | PURCHASING PWR | 73.58 | 395.24 |
| | | | TEXAS LIFE | 12.26 | 220.68 |
| | | | COL LIFE U | 31.23 | 562.14 |

FULTON CO BD OF COMMISSIONERS
TAMMY W PURIFOY

| | | |
|---|---|---|
| Paycheck Distributions: 1 | Payroll Number: B461 | Reissue: No |
| Employee Department: 118 | Employee Unit: WD35 | Pay Location: |
| Pay Period End Date: 09-04-2018 | Total Gross Amt: 1,974.08 | Federal Exemptions: 3 |
| Check Date: 09-14-2018 | YTD Gross Amt: 37,507.52 | Tax Status Claimed: S |
| Primary Check Number: 000000008727819 | Total Deductions Amt: 1,197.57 | State Exemptions: 2 |
| Control Number: 6523915 | Net Pay Amt: 776.51 | State Tax Status Claimed: H |

## LEAVE STATEMENT

| CATEGORY | USED | ACCRUED | BALANCE |
|---|---|---|---|
| COMP LEAVE | 00:00 | 00:00 | 00:00 |
| HOL LEAVE | 00:00 | 00:00 | 00:00 |
| SICK LEAVE | 00:00 | 3:42 | 66:46 |
| VAC LV | 00:00 | 5:33 | 179:09 |

## CHECK SUMMARY

| | |
|---|---|
| EARNINGS | $1,974.08 |
| DEDUCTIONS | $1,197.57 |
| NET PAY | $776.51 |
| PAY PERIOD END DATE | 09-04-2018 |
| CHECK NO. | 8727819 |
| CHECK YTD GROSS AMOUNT | $37,507.52 |

| EMPLOYEE NAME: TAMMY W PURIFOY | | | DEPT/UNIT: 118 WD35 | EMPLYOEE ID 0000024683 | |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS/AMOUNT | EARNINGS | DESCRIPTION | TAXES/DED | YEAR TO DATE |
| REGULAR PAY | 80:00 | 1,974.08 | FEDERAL TAX | 104.01 | 2,103.87 |
| | | | STATE TAX | 65.17 | 1,275.01 |
| | | | FICA TAX | 106.04 | 2,047.44 |
| | | | MEDICARE TAX | 24.8 | 478.84 |
| | | | 401A DC PLAN | 118.44 | 2,250.36 |
| | | | DC TI CRF REG | 42.84 | 728.28 |
| | | | DENTAL INS | 4.22 | 71.74 |
| | | | HEALTH INS | 99.82 | 1,696.94 |
| | | | WELL CREDIT | 0 | -60.00 |
| | | | LIFE INS BAS | 0.78 | 13.26 |
| | | | LIFE DEP | 0.54 | 9.18 |
| | | | LIFE INS SUP | 3.75 | 63.75 |
| | | | VISION INS | 3.05 | 51.85 |
| | | | COL PRE-TAX | 51.74 | 879.58 |
| | | | MED FX COL | 104.17 | 1,770.89 |
| | | | C UNION ATL | 350 | 5,950.00 |
| | | | FEE-COL FLEX | 1.13 | 19.21 |
| | | | PURCHASING PWR | 73.58 | 321.66 |
| | | | TEXAS LIFE | 12.26 | 208.42 |
| | | | COL LIFE U | 31.23 | 530.91 |

**FULTON CO. BD OF COMMISSIONERS**
**TAMMY W PURIFOY**

Paycheck Distributions: 1
Employee Department: 118
Pay Period End Date: 08-21-2018
Check Date: 08-31-2018
Primary Check Number: 000000008723121
Control Number: 6518876

Payroll Number: B461
Employee Unit: WD35
Total Gross Amt: 1,974.08
YTD Gross Amt: 35,533.44
Total Deductions Amt: 521.75
Net Pay Amt: 1,452.33

Reissue: No
Pay Location:
Federal Exemptions: 3
Tax Status Claimed: S
State Exemptions: 2
State Tax Status Claimed: H

## LEAVE STATEMENT

| CATEGORY | USED | ACCRUED | BALANCE |
|---|---|---|---|
| COMP LEAVE | 00:00 | 00:00 | 00:00 |
| HOL LEAVE | 00:00 | 00:00 | 00:00 |
| SICK LEAVE | 9:31 | 3:42 | 63:04 |
| VAC LV | 00:00 | 5:33 | 173:36 |

## CHECK SUMMARY

| | |
|---|---|
| EARNINGS | $1,974.08 |
| DEDUCTIONS | $521.75 |
| NET PAY | $1,452.33 |
| PAY PERIOD END DATE | 08-21-2018 |
| CHECK NO. | 8723121 |
| CHECK YTD GROSS AMOUNT | $35,533.44 |

**EMPLOYEE NAME:** TAMMY W PURIFOY    **DEPT/UNIT:** 118 WD35    **EMPLYOEE ID** 0000024683

| DESCRIPTION | HOURS/AMOUNT | EARNINGS | DESCRIPTION | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|
| SICK LEAVE | 9:31 | 234.83 | FEDERAL TAX | 140.81 | 1,999.86 |
| REGULAR PAY | 70:29 | 1,739.25 | STATE TAX | 83.56 | 1,209.84 |
| | | | FICA TAX | 122.39 | 1,941.40 |
| | | | MEDICARE TAX | 28.63 | 454.04 |
| | | | 401A DC PLAN | 118.44 | 2,131.92 |
| | | | DC TI CRF REG | 0 | 685.44 |
| | | | DENTAL INS | 0 | 67.52 |
| | | | HEALTH INS | 0 | 1,597.12 |
| | | | WELL CREDIT | 0 | -60.00 |
| | | | LIFE INS BAS | 0 | 12.48 |
| | | | LIFE DEP | 0 | 8.64 |
| | | | LIFE INS SUP | 0 | 60.00 |
| | | | VISION INS | 0 | 48.80 |
| | | | COL PRE-TAX | 0 | 827.84 |
| | | | MED FX COL | 0 | 1,666.72 |
| | | | C UNION ATL | 0 | 5,600.00 |
| | | | FEE-COL FLEX | 0 | 18.08 |
| | | | PURCHASING PWR | 27.92 | 248.08 |
| | | | TEXAS LIFE | 0 | 196.16 |
| | | | COL LIFE U | 0 | 499.68 |

FULTON CO B10/F6/18 MISC PAYROLL
TAMMY W PURIFOY

| | | | |
|---|---|---|---|
| Paycheck Distributions: 1 | Payroll Number: B461 | | Reissue: No |
| Employee Department: 118 | Employee Unit: WD35 | | Pay Location: |
| Pay Period End Date: 08-07-2018 | Total Gross Amt: 1,974.08 | | Federal Exemptions: 3 |
| Check Date: 08-17-2018 | YTD Gross Amt: 33,559.36 | | Tax Status Claimed: S |
| Primary Check Number: 000000008718472 | Total Deductions Amt: 1,151.91 | | State Exemptions: 2 |
| Control Number: 6513833 | Net Pay Amt: 822.17 | | State Tax Status Claimed: H |

## LEAVE STATEMENT

| CATEGORY | USED | ACCRUED | BALANCE |
|---|---|---|---|
| COMP LEAVE | 00:00 | 00:00 | 00:00 |
| HOL LEAVE | 00:00 | 00:00 | 00:00 |
| SICK LEAVE | 00:00 | 3:42 | 68:53 |
| VAC LV | 00:00 | 5:33 | 168:03 |

## CHECK SUMMARY

| | |
|---|---|
| EARNINGS | $1,974.08 |
| DEDUCTIONS | $1,151.91 |
| NET PAY | $822.17 |
| PAY PERIOD END DATE | 08-07-2018 |
| CHECK NO. | 8718472 |
| CHECK YTD GROSS AMOUNT | $33,559.36 |

| EMPLOYEE NAME: | TAMMY W PURIFOY | | DEPT/UNIT: 118 WD35 | EMPLYOEE ID | 0000024683 |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS/AMOUNT | EARNINGS | DESCRIPTION | TAXES/DED | YEAR TO DATE |
| REGULAR PAY | 80:00 | 1,974.08 | FEDERAL TAX | 104.01 | 1,859.05 |
| | | | STATE TAX | 65.17 | 1,126.28 |
| | | | FICA TAX | 106.04 | 1,819.01 |
| | | | MEDICARE TAX | 24.8 | 425.41 |
| | | | 401A DC PLAN | 118.44 | 2,013.48 |
| | | | DC TI CRF REG | 42.84 | 685.44 |
| | | | DENTAL INS | 4.22 | 67.52 |
| | | | HEALTH INS | 99.82 | 1,597.12 |
| | | | WELL CREDIT | 0 | -60.00 |
| | | | LIFE INS BAS | 0.78 | 12.48 |
| | | | LIFE DEP | 0.54 | 8.64 |
| | | | LIFE INS SUP | 3.75 | 60.00 |
| | | | VISION INS | 3.05 | 48.80 |
| | | | COL PRE-TAX | 51.74 | 827.84 |
| | | | MED FX COL | 104.17 | 1,666.72 |
| | | | C UNION ATL | 350 | 5,600.00 |
| | | | FEE-COL FLEX | 1.13 | 18.08 |
| | | | PURCHASING PWR | 27.92 | 220.16 |
| | | | TEXAS LIFE | 12.26 | 196.16 |
| | | | COL LIFE U | 31.23 | 499.68 |

FULTON CO BD OF COMMISSIONERS
TAMMY W PURIFOY

| | | |
|---|---|---|
| Paycheck Distributions: 1 | Payroll Number: B461 | Reissue: No |
| Employee Department: 118 | Employee Unit: WD35 | Pay Location: |
| Pay Period End Date: 07-24-2018 | Total Gross Amt: 1,974.08 | Federal Exemptions: 3 |
| Check Date: 08-03-2018 | YTD Gross Amt: 31,585.28 | Tax Status Claimed: S |
| Primary Check Number: 000000008713713 | Total Deductions Amt: 1,151.90 | State Exemptions: 2 |
| Control Number: 6508754 | Net Pay Amt: 822.18 | State Tax Status Claimed: H |

| LEAVE STATEMENT | | | | CHECK SUMMARY | |
|---|---|---|---|---|---|
| CATEGORY | USED | ACCRUED | BALANCE | | |
| COMP LEAVE | 00:00 | 00:00 | 00:00 | EARNINGS | $1,974.08 |
| HOL LEAVE | 00:00 | 00:00 | 00:00 | | |
| SICK LEAVE | 22:28 | 3:42 | 65:11 | DEDUCTIONS | $1,151.90 |
| VAC LV | 00:00 | 5:33 | 162:30 | NET PAY | $822.18 |
| | | | | PAY PERIOD END DATE | 07-24-2018 |
| | | | | CHECK NO. | 8713713 |
| | | | | CHECK YTD GROSS AMOUNT | $31,585.28 |

| EMPLOYEE NAME: | TAMMY W PURIFOY | | DEPT/UNIT: 118 WD35 | EMPLYOEE ID | 0000024683 |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS/AMOUNT | EARNINGS | DESCRIPTION | TAXES/DED | YEAR TO DATE |
| SICK LEAVE | 22:28 | 554.39 | FEDERAL TAX | 104.01 | 1,755.04 |
| REGULAR PAY | 57:32 | 1,419.69 | STATE TAX | 65.17 | 1,061.11 |
| | | | FICA TAX | 106.04 | 1,712.97 |
| | | | MEDICARE TAX | 24.79 | 400.61 |
| | | | 401A DC PLAN | 118.44 | 1,895.04 |
| | | | DC TI CRF REG | 42.84 | 642.60 |
| | | | DENTAL INS | 4.22 | 63.30 |
| | | | HEALTH INS | 99.82 | 1,497.30 |
| | | | WELL CREDIT | 0 | -60.00 |
| | | | LIFE INS BAS | 0.78 | 11.70 |
| | | | LIFE DEP | 0.54 | 8.10 |
| | | | LIFE INS SUP | 3.75 | 56.25 |
| | | | VISION INS | 3.05 | 45.75 |
| | | | COL PRE-TAX | 51.74 | 776.10 |
| | | | MED FX COL | 104.17 | 1,562.55 |
| | | | C UNION ATL | 350 | 5,250.00 |
| | | | FEE-COL FLEX | 1.13 | 16.95 |
| | | | PURCHASING PWR | 27.92 | 192.24 |
| | | | TEXAS LIFE | 12.26 | 183.90 |
| | | | COL LIFE U | 31.23 | 468.45 |

**FULTON CO BD OF COMMISSIONERS**
**TAMMY W PURIFOY**

| | | |
|---|---|---|
| Paycheck Distributions: 1 | Payroll Number: B461 | Reissue: No |
| Employee Department: 121 | Employee Unit: WD33 | Pay Location: |
| Pay Period End Date: 07-10-2018 | Total Gross Amt: 1,974.08 | Federal Exemptions: 3 |
| Check Date: 07-20-2018 | YTD Gross Amt: 29,611.20 | Tax Status Claimed: S |
| Primary Check Number: 000000008708865 | Total Deductions Amt: 1,151.91 | State Exemptions: 2 |
| Control Number: 6503583 | Net Pay Amt: 822.17 | State Tax Status Claimed: H |

## LEAVE STATEMENT

| CATEGORY | USED | ACCRUED | BALANCE |
|---|---|---|---|
| COMP LEAVE | 00:00 | 00:00 | 00:00 |
| HOL LEAVE | 00:00 | 00:00 | 00:00 |
| SICK LEAVE | 00:00 | 3:42 | 83:57 |
| VAC LV | 00:00 | 5:33 | 156:57 |

## CHECK SUMMARY

| | |
|---|---|
| EARNINGS | $1,974.08 |
| DEDUCTIONS | $1,151.91 |
| NET PAY | $822.17 |
| PAY PERIOD END DATE | 07-10-2018 |
| CHECK NO. | 8708865 |
| CHECK YTD GROSS AMOUNT | $29,611.20 |

| EMPLOYEE NAME: | TAMMY W PURIFOY | | DEPT/UNIT: 121 WD33 | EMPLYOEE ID | 0000024683 |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS/AMOUNT | EARNINGS | DESCRIPTION | TAXES/DED | YEAR TO DATE |
| REGULAR PAY | 80:00 | 1,974.08 | FEDERAL TAX | 104.01 | 1,651.03 |
| | | | STATE TAX | 65.17 | 995.94 |
| | | | FICA TAX | 106.04 | 1,606.93 |
| | | | MEDICARE TAX | 24.8 | 375.82 |
| | | | 401A DC PLAN | 118.44 | 1,776.60 |
| | | | DC TI CRF REG | 42.84 | 599.76 |
| | | | DENTAL INS | 4.22 | 59.08 |
| | | | HEALTH INS | 99.82 | 1,397.48 |
| | | | WELL CREDIT | 0 | -60.00 |
| | | | LIFE INS BAS | 0.78 | 10.92 |
| | | | LIFE DEP | 0.54 | 7.56 |
| | | | LIFE INS SUP | 3.75 | 52.50 |
| | | | VISION INS | 3.05 | 42.70 |
| | | | COL PRE-TAX | 51.74 | 724.36 |
| | | | MED FX COL | 104.17 | 1,458.38 |
| | | | C UNION ATL | 350 | 4,900.00 |
| | | | FEE-COL FLEX | 1.13 | 15.82 |
| | | | PURCHASING PWR | 27.92 | 164.32 |
| | | | TEXAS LIFE | 12.26 | 171.64 |
| | | | COL LIFE U | 31.23 | 437.22 |

**FULTON CO BD OF COMMISSIONERS**
**TAMMY W PURIFOY**

| | |
|---|---|
| Paycheck Distributions: 1 | Payroll Number: B461 |
| Employee Department: 118 | Employee Unit: WD35 |
| Pay Period End Date: 09-04-2018 | Total Gross Amt: 1,974.08 |
| Check Date: 09-14-2018 | YTD Gross Amt: 37,507.52 |
| Primary Check Number: 000000008727819 | Total Deductions Amt: 1,197.57 |
| Control Number: 6523915 | Net Pay Amt: 776.51 |
| Reissue: No |
| Pay Location: |
| Federal Exemptions: 3 |
| Tax Status Claimed: S |
| State Exemptions: 2 |
| State Tax Status Claimed: H |

## LEAVE STATEMENT

| CATEGORY | USED | ACCRUED | BALANCE |
|---|---|---|---|
| COMP LEAVE | 00:00 | 00:00 | 00:00 |
| HOL LEAVE | 00:00 | 00:00 | 00:00 |
| SICK LEAVE | 00:00 | 3:42 | 66:46 |
| VAC LV | 00:00 | 5:33 | 179:09 |

## CHECK SUMMARY

| | |
|---|---|
| EARNINGS | $1,974.08 |
| DEDUCTIONS | $1,197.57 |
| NET PAY | $776.51 |
| PAY PERIOD END DATE | 09-04-2018 |
| CHECK NO. | 8727819 |
| CHECK YTD GROSS AMOUNT | $37,507.52 |

| EMPLOYEE NAME: TAMMY W PURIFOY | | | DEPT/UNIT: 118 WD35 | EMPLYOEE ID | 0000024683 |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS/AMOUNT | EARNINGS | DESCRIPTION | TAXES/DED | YEAR TO DATE |
| REGULAR PAY | 80:00 | 1,974.08 | FEDERAL TAX | 104.01 | 2,103.87 |
| | | | STATE TAX | 65.17 | 1,275.01 |
| | | | FICA TAX | 106.04 | 2,047.44 |
| | | | MEDICARE TAX | 24.8 | 478.84 |
| | | | 401A DC PLAN | 118.44 | 2,250.36 |
| | | | DC TI CRF REG | 42.84 | 728.28 |
| | | | DENTAL INS | 4.22 | 71.74 |
| | | | HEALTH INS | 99.82 | 1,696.94 |
| | | | WELL CREDIT | 0 | -60.00 |
| | | | LIFE INS BAS | 0.78 | 13.26 |
| | | | LIFE DEP | 0.54 | 9.18 |
| | | | LIFE INS SUP | 3.75 | 63.75 |
| | | | VISION INS | 3.05 | 51.85 |
| | | | COL PRE-TAX | 51.74 | 879.58 |
| | | | MED FX COL | 104.17 | 1,770.89 |
| | | | C UNION ATL | 350 | 5,950.00 |
| | | | FEE-COL FLEX | 1.13 | 19.21 |
| | | | PURCHASING PWR | 73.58 | 321.66 |
| | | | TEXAS LIFE | 12.26 | 208.42 |
| | | | COL LIFE U | 31.23 | 530.91 |

## FULTON CO BD OF COMMISSIONERS
### TAMMY W PURIFOY

| Paycheck Distributions: 1 | Payroll Number: B461 | Reissue: No |
|---|---|---|
| Employee Department: 118 | Employee Unit: WD35 | Pay Location: |
| Pay Period End Date: 09-18-2018 | Total Gross Amt: 1,974.08 | Federal Exemptions: 3 |
| Check Date: 09-28-2018 | YTD Gross Amt: 39,481.60 | Tax Status Claimed: S |
| Primary Check Number: 000000008732430 | Total Deductions Amt: 1,197.57 | State Exemptions: 2 |
| Control Number: 6528855 | Net Pay Amt: 776.51 | State Tax Status Claimed: H |

### LEAVE STATEMENT

| CATEGORY | USED | ACCRUED | BALANCE |
|---|---|---|---|
| COMP LEAVE | 00:00 | 00:00 | 00:00 |
| HOL LEAVE | 00:00 | 00:00 | 00:00 |
| SICK LEAVE | 00:00 | 3:42 | 70:28 |
| VAC LV | 00:00 | 5:33 | 184:42 |

### CHECK SUMMARY

| | |
|---|---|
| **EARNINGS** | $1,974.08 |
| **DEDUCTIONS** | $1,197.57 |
| **NET PAY** | $776.51 |
| PAY PERIOD END DATE | 09-18-2018 |
| CHECK NO. | 8732430 |
| CHECK YTD GROSS AMOUNT | $39,481.60 |

**EMPLOYEE NAME:** TAMMY W PURIFOY    **DEPT/UNIT:** 118 WD35    **EMPLYOEE ID** 0000024683

| DESCRIPTION | HOURS/AMOUNT | EARNINGS | DESCRIPTION | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|
| REGULAR PAY | 80:00 | 1,974.08 | FEDERAL TAX | 104.01 | 2,207.88 |
| | | | STATE TAX | 65.17 | 1,340.18 |
| | | | FICA TAX | 106.04 | 2,153.48 |
| | | | MEDICARE TAX | 24.8 | 503.64 |
| | | | 401A DC PLAN | 118.44 | 2,368.80 |
| | | | DC TI CRF REG | 42.84 | 771.12 |
| | | | DENTAL INS | 4.22 | 75.96 |
| | | | HEALTH INS | 99.82 | 1,796.76 |
| | | | WELL CREDIT | 0 | -60.00 |
| | | | LIFE INS BAS | 0.78 | 14.04 |
| | | | LIFE DEP | 0.54 | 9.72 |
| | | | LIFE INS SUP | 3.75 | 67.50 |
| | | | VISION INS | 3.05 | 54.90 |
| | | | COL PRE-TAX | 51.74 | 931.32 |
| | | | MED FX COL | 104.17 | 1,875.06 |
| | | | C UNION ATL | 350 | 6,300.00 |
| | | | FEE-COL FLEX | 1.13 | 20.34 |
| | | | PURCHASING PWR | 73.58 | 395.24 |
| | | | TEXAS LIFE | 12.26 | 220.68 |
| | | | COL LIFE U | 31.23 | 562.14 |